UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PEABODY'S COFFEE, INC.,
a Nevada corporation,

NO. CIV. S-02-994 LKK/PAN

      Plaintiff,

  v.                              O R D E R

CLIFFORD BRENT YOUNG, et al.,

      Defendants.
_____/

    On March 6, 2003, the above-captioned matter was stayed pending a bankruptcy decision and the parties were directed to notify the court within thirty (30) days of resolution the bankruptcy proceedings, at which time a status conference was to be scheduled.  The parties have failed to do so.

////

////

////

////

1

1   Accordingly, the Clerk is directed to administratively close
2  the case and the parties are ordered to notify the court as to the
3  status of this matter.
4   IT IS SO ORDERED.
5   DATED: September 29, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT